UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LACHAE VICKERS, individually and on behalf of all others similarly situated,

  *Plaintiff*,

Case No. 1:24-cv-03862-JAM

vs.

PRECISION PAINTING PLUS INC.,

  *Defendant*.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Lachae Vickers, by and through undersigned counsel, hereby gives notice that the Parties have reached a settlement in principle with respect to Plaintiff's individual claims. Plaintiff anticipates filing a notice of dismissal with prejudice within thirty (30) days. The Parties request that the Court stay all pending deadlines in anticipation of the forthcoming notice of dismissal.

Date: January 3, 2025

        Respectfully Submitted,

        **Shamis & Gentile, P.A.**
        */s/ Andrew J. Shamis*
        Andrew J. Shamis, Esq.
        New York Bar No. 5195185
        ashamis@shamisgentile.com
        14 NE 1st Avenue, Suite 705
        Miami, FL 33132
        Telephone: 305-479-2299

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on, January 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**

By: <u>*/s/ Andrew J. Shamis*</u>
Andrew J. Shamis, Esq.
New York Bar No. 5195185

*Counsel for Plaintiff*